# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CALVIN RAY YANCEY**                                                                 **PLAINTIFF**

**v.**                      **CASE NO. 3:13CV00165 BSM**

**DOUG BELEW and**
**JEREMY HEATH**                                                            **DEFENDANTS**

## ORDER

Plaintiff's motion to voluntarily dismiss [Doc. No. 15] is granted. Accordingly, this case is hereby dismissed without prejudice, with each side to bear its own fees and costs.

IT IS SO ORDERED this 13th day of March 2015.

                                                           _/s/ Brian S. Miller_
                                                         UNITED STATES DISTRICT JUDGE