IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CALVIN RAY YANCEY                                                                PLAINTIFF

v.                              CASE NO. 3:13CV00165 BSM

DOUG BELEW and
JEREMY HEATH                                                                   DEFENDANTS

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 13th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE